1

2

**UNITED STATE DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**TACOMA DIVISION**

3

GRACE DUFOE,

4

                              Plaintiff,

5

v.

6

PORTFOLIO RECOVERY
ASSOCIATES, LLC,

7

8

                              Defendant.

NO.

PLAINTIFF'S COMPLAINT AND
DEMAND FOR JURY TRIAL

9

10

**PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**

11

      Plaintiff, GRACE DUFOE (Plaintiff), through her attorneys, KROHN & MOSS, LTD.,

12

alleges the following against Defendant, PORTFOLIO RECOVERY ASSOCIATES, LLC,

13

(Defendant):

14

**INTRODUCTION**

15

16

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et*

17

    *seq.* (FDCPA).

18

**JURISDICTION AND VENUE**

19

20

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such

21

    actions may be brought and heard before "any appropriate United States district court

22

    without regard to the amount in controversy."

23

3. Defendant conducts business in the state of Washington, and therefore, personal jurisdiction

24

    is established.

25

*4.* Venue is proper pursuant to *28 U.S.C. 1391(b)(2).*

26

27

28

1

Plaintiff's Complaint and Demand for Jury Trial

**PARTIES**

5. Plaintiff is a natural person residing in Olympia, Thurston County, Washington.

6. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

7. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and sought to collect a consumer debt from Plaintiff.

8. Defendant is a national company with a business office in Norfolk, Virginia.

9. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

**FACTUAL ALLEGATIONS**

10. Defendant is attempting to collect a debt from Plaintiff on behalf of the original creditor, Providian National Bank, with an account number ending in 3449.

11. Plaintiff's alleged debt owed to Providian National Bank arises from transactions for personal, family, and household purposes.

12. On August 10, 2010, Plaintiff's counsel faxed a cease and desist and a notice of representation letter to Defendant (Plaintiff's counsel's letter to Defendant and fax confirmation are attached as Group Exhibit A).

13. Despite receiving Plaintiff's counsel's letter (Exhibit A), Defendant communicated with Plaintiff after August 10, 2010, in an attempt to collect a debt (Defendant's letter to Plaintiff dated January 21, 2011, is attached as Exhibit B).

Plaintiff's Complaint and Demand for Jury Trial

1

**COUNT I**
**DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT**

2

14. Defendant violated the FDCPA based on the following:

3

4

    a.  Defendant violated *§1692c(a)(2)* of the FDCPA by communicating with Plaintiff

5

       even though Defendant knew Plaintiff was represented by an attorney.

6

    b.  Defendant violated *§1692c(c)* of the FDCPA by communicating with Plaintiff after

7

       Defendant received Plaintiff's cease and desist letter.

8

WHEREFORE, Plaintiff, GRACE DUFOE, respectfully requests judgment be entered

9

against Defendant, GLOBAL CREDIT AND COLLECTION, for the following:

10

15. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

11

16. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15*

12

*U.S.C. 1692k*

13

17. Any other relief that this Honorable Court deems appropriate.

14

15

**DEMAND FOR JURY TRIAL**

16

Plaintiff, GRACE DUFOE, demands a jury trial in this case.

17

18

RESPECTFULLY SUBMITTED,

19

DATED:  March 4, 2011

20

                    By: /s/  Robert C. Montgomery_____

21

                      Robert C. Montgomery, Chtd.
                      2160 S. Twin Rapid Way

22

                      Boise, Idaho 83709

23

                      Ph. (208) 322-8865
                      Fax (208) 322-8395

24

                      Email: bmontgomerylaw@gmail.com

25

                      Attorney for Plaintiff

26

27

28

Plaintiff's Complaint and Demand for Jury Trial

1

## VERIFICATION OF COMPLAINT AND CERTIFICATION

2

STATE OF WASHINGTON

3

4          Plaintiff, GRACE DUFOE, states the following:

5      1.    I am the Plaintiff in this civil proceeding.
       2.    I have read the above-entitled civil Complaint prepared by my attorneys and I believe that
6            all of the facts contained in it are true, to the best of my knowledge, information and
7            belief formed after reasonable inquiry.
       3.    I believe that this civil Complaint is well grounded in fact and warranted by existing law
8            or by a good faith argument for the extension, modification or reversal of existing law.
       4.    I believe that this civil Complaint is not interposed for any improper purpose, such as to
9            harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a
10           needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
       5.    I have filed this Complaint in good faith and solely for the purposes set forth in it.
11     6.    Each and every exhibit I have provided to my attorneys which has been attached to this
             Complaint is a true and correct copy of the original.
12     7.    Except for clearly indicated redactions made by my attorneys where appropriate, I have
13           not altered, changed, modified or fabricated these exhibits, except that some of the
             attached exhibits may contain some of my own handwritten notations.

14

15     Pursuant to 28 U.S.C. § 1746(2), I, GRACE DUFOE, hereby declare (or certify,
verify or state) under penalty of perjury that the foregoing is true and correct.

16

17   3-2-11
          Date                              GRACE DUFOE

18

19

20

21

22

23

24

25

26

27

28                                                                                   4

1

# EXHIBIT A

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiff's Complaint and Demand for Jury Trial



August 10, 2010

BY FAX ONLY:  7575180860
Page 1 of 3

Collections Manager
Portfolio Recovery Associates, LLC
 120 Corporate Blvd
Norfolk, VA  23502

Re:   **Grace Dufoe**
      **Your reference # None  · Providian: Ending in 3449**
      **Our file # 7359**

To Whom It May Concern:

Please be advised that my law firm represents the above-referenced client(s) for the purpose of enforcing their rights pursuant to all applicable federal debt collection laws. Debt Counsel for Seniors and the Disabled exclusively represents clients who are senior citizens, disabled or both and whose only income (e.g. social security, disability, etc.) is protected by federal law. This client regrets not being able to pay however, at this time they are insolvent as their monthly expenses exceed the amount of income they receive.

This letter serves as notice that my client hereby **disputes** the above-referenced alleged debt and requests **validation** of it in accordance with **15 U.S.C. § 1692g**. Please provide the name and address of the original creditor, if different from the current creditor. Unless and until this validation is furnished, we do not recognize any right on your part to collection any amount from our client through credit reporting or any other means. Please be advised that the continuation of collection activity without adequately responding to the validation request, could result in a lawsuit against you pursuant to **15 U.S.C. §1692g(b)**.

As the client's attorney, I respectfully inform you that you must **cease** contacting them pursuant to **15 U.S.C. § 1692c(a)(2) and 1692c(c)**. I have attached a signed **cease and desist** order from my client(s). If and when you violate these statutes, I will not hesitate to pursue with local co-counsel all legal remedies on behalf of my client(s)

Sincerely,

Jerome S. Lamet
Supervising Attorney
Debt Counsel for Seniors and the Disabled

Cc:  Grace Dufoe

---

**Jerome S. Lamet, Supervising Attorney**
The Pontiac Building
542 South Dearborn
Suite 1260
Chicago, Illinois  60605
V: (312) 939-2221
F: (312) 939-27411

```
                    TRANSMISSION VERIFICATION REPORT

                                              TIME   : 08/10/2010 14:28
                                              NAME   : JEROME LAMET LTD
                                              FAX    : 13123563199
                                              TEL    : 13129392221
                                              SER.#  : BROD8J797996


          DATE,TIME                  08/10  14:28
          FAX NO./NAME               17575180860
          DURATION                   00:00:36
          PAGE(S)                    03
          RESULT                     OK
          MODE                       STANDARD
                                     ECM
```



Debt Counsel for Seniors & the Disabled

# DCSD

August 10, 2010

**BY FAX ONLY:  7575180860**
**Page 1 of 3**

Collections Manager
Portfolio Recovery Associates, LLC
120 Corporate Blvd
Norfolk, VA  23502

**Re:    Grace Dufoe**
**Your reference # None  -  Providian: Ending in 3449**
**Our file # 7359**

To Whom It May Concern:

Please be advised that my law firm represents the above-referenced client(s) for the purpose of enforcing their rights pursuant to all applicable federal debt collection laws.  Debt Counsel for Seniors and the Disabled exclusively represents clients who are senior citizens, disabled or both and whose only income (e.g. social security, disability, etc.) is protected by federal law.  This client regrets not being able to pay however, at this time they are insolvent as their monthly expenses exceed the amount of income they receive.

This letter serves as notice that my client hereby **disputes** the above-referenced alleged debt and requests **validation** of it in accordance with **15 U.S.C. § 1692g.**  Please provide the name and address of the original creditor, if different from the current creditor.  Unless and until this validation is furnished, we do not recognize any right on your part to collection any amount from our client through credit reporting or any other means.  Please be advised that the continuation of collection activity without adequately responding to the validation request, could result in a lawsuit against you pursuant to **15 U.S.C. §1692g(b).**

As the client's attorney, I respectfully inform you that you must **cease** contacting them pursuant to **15 U.S.C. § 1692c(a)(2) and 1692c(c).**  I have attached a signed **cease and desist** order from my client(s)  If and when you violate these statutes, I will not hesitate to pursue with local

1

# __EXHIBIT B__

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

6

28

Plaintiff's Complaint and Demand for Jury Trial



**Portfolio Recovery Associates, LLC.**
We're giving debt collection a good name
**January 21, 2011**

PROVIDIAN NATIONAL BANK
PROVIDIAN NATIONAL BANK
PRA Account/Reference No: ▓▓▓▓▓▓3449
*BALANCE: $14,879.54

## 2011 SAVINGS PLAN!

Now is the time to **RESOLVE** this debt. We want to help you. **ACT NOW** and **save up to $5,954.54**. These savings won't last long, so call us today and take care of this debt

| Single Payment Settlement Option | $1,615.00 Monthly Payment Plan | $870.00 Monthly Payment Plan |
|---|---|---|
| • Pay $8,925.00 | • Pay $1,615.00 for 6 consecutive months | • Pay $870.00 for 12 consecutive months |
| • Save $5,954.54 | • Save $5,189.54 | • Save $4,439.54 |

- o  Your first payment must be received **NO LATER** than **02/18/2011**.
- o  Your account will be considered "Settled in Full" after your final payment is posted.
- o  If you satisfy the terms of this offer, no further interest will be charged to you.

We've helped many people resolve their debt, let us help you. **CALL NOW** and take advantage of the **INCREDIBLE SAVINGS** we are offering you. Our representatives are ready to help you resolve your account!

| ☎ | We are ready to help you resolve this debt! Just call **1-800-772-1413** before 02/18/2011 to discuss the **AFFORDABLE PAYMENT OPTIONS** that are available to you. 730 AM to 11 PM Mon.-Fri. 8 AM to 5 PM Sat. 2 PM to 9 PM Sun. | |
|---|---|---|
| Mail all checks and payments to: PORTFOLIO RECOVERY ASSOCIATES, LLC P.O. Box 12914 Norfolk VA 23541 | ✉ | Make your payment online! www.portfoliorecovery.com  📧 |

*We are not obligated to renew this offer. Interest continues to accrue on this account and will accrue until the account is satisfied, unless interest has been suspended. The above balance includes interest as of the date of this letter. You may contact us to obtain an exact payoff amount for a future date.*

**Company Address:** Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502

**Disputes Correspondence Address:** 140 Corporate Boulevard, Norfolk, VA 23502 or E-mail: PRA_Disputes@portfoliorecovery.com

**Credit Card Payments** - Third party vendors may charge a transaction fee for processing payments made by credit card; however, PRA does not charge or accept any fees. Please discuss this option with our staff if you have any questions.

**PRIVACY NOTICE**

We collect certain personal information about you from the following sources:  (a) information we receive from you; (b) information about your transactions with our affiliates, others, or us; (c) information we receive from consumer reporting agencies.  We do not disclose any nonpublic personal information about our customers or former customers to anyone, except as permitted by law.  We restrict access to nonpublic information about you to those employees and entities that need to know that information in order to collect your account.  We maintain physical, electronic and procedural safeguards that comply with federal regulations to guard your nonpublic personal information.

**This letter is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.**



Portfolio Recovery Associates, LLC.
We're giving debt collection a good name

**January 21, 2011**

**PROVIDIAN NATIONAL BANK**
**PROVIDIAN NATIONAL BANK**
**PRA Account/Reference No:** ████████3449
**\*BALANCE: $14,879.54**

## 2011 SAVINGS PLAN!

Now is the time to **RESOLVE** this debt. We want to help you. **ACT NOW** and **save up to $5,954.54**. These savings won't last long, so call us today and take care of this debt.

⌐ TO OPEN THIS SIDE - SLIDE FINGER UNDER THIS EDGE ⌐

"SEE REVERSE SIDE FOR EASY OPENING INSTRUCTIONS

Dept 6541
PO Box 1259
Oaks, PA 19456

FIRST-CLASS MAIL
PRESORTED
US POSTAGE
PAID
PSC

U0197281-46M2-2

GRACE DUFOE
2425 MITCHELL AVE NE
OLYMPIA WA 98506-4840

69 LJ‡ZNP1 98506